1  BESS M. BREWER, #100364
   1023 H Street, Suite B5
2  Sacramento, CA 95814
   Telephone: (916) 448-8600
3  Facsimile: (916) 448-8605

4  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACI E. UNDERWOOD<br>XXX-XX-6982<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**JO ANNE B. BARNHART**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>　　　　　Defendant. | CASE NO.  CIV-S-06-0007 PAN (JFM)<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

　　　IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the plaintiff's time to file the summary judgment is hereby extended from its current due date of July 10, 2006 to August 10, 2006.  This is plaintiff's first extension and is required due to plaintiff's attorney's heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated:  June 7, 2006 | /s/Bess M. Brewer<br>BESS M. BREWER<br>Attorney at Law<br><br>Attorney for Plaintiff |
| Dated: June 14, 2006 | McGregor W. Scott<br>United States Attorney<br><br>By: /s/Bobbie J. Montoya<br>BOBBIE J. MONTOYA<br>Assistant U.S. Attorney<br><br>Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: June 14, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/underwood.eot

2